IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY C. PARKS-LISICHKIN, | ) | |
| | ) | |
| Plaintiff, | ) | **2:04cv1066** |
| | ) | **Electronic Filing** |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | Judge Cercone |
| Commissioner of Social | ) | Magistrate Judge Caiazza |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On July 27, 2004, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On August 8, 2005, the magistrate judge issued a Report (Doc. 17) recommending that the District Court grant the Defendant's Motion for Summary Judgment (Doc. 15) and deny the Plaintiff's Motion for Summary Judgment (Doc. 13).

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this **29TH** day of August, 2005,

IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (**Doc. 15**) is **GRANTED,** and the Plaintiff's Motion for Summary Judgment (**Doc. 13**) is **DENIED.**

The Report and Recommendation of Magistrate Judge Caiazza dated August 8, 2005 is hereby adopted as the opinion of the District Court.

*David Stewart Cercone*
David Stewart Cercone
United States District Judge

cc:

Francis X. Caiazza
U.S. Magistrate Judge

Rebecca Haywood, Esq.
Assistant U.S. Attorney

John A. Kopay, Esq.
Laurel Legal Services, Inc.
231 West Main Street
Clarion, PA  16214